**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT A. SCARTOZZI CUSTOM
BUILDERS, INC., a Florida corporation,

    Plaintiff,

v.                                Case Number: 8:18-cv-01639-VMC-AEP

SOUTHERN-OWNERS INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

**DEFENDANT, SOUTHERN-OWNERS INSURANCE COMPANY'S, AND PLAINTIFF, ROBERT A. SCARTOZZI CUSTOM BUILDERS, INC.'S, NOTICE OF PENDING SETTLEMENT AND JOINT MOTION FOR STAY PENDING FINALIZATION OF SETTLEMENT AGREEMENT**

Defendant, SOUTHERN-OWNERS INSURANCE COMPANY ("SOUTHERN-OWNERS") and Plaintiff, ROBERT A. SCARTOZZI CUSTOM BUILDERS, INC., by and through their undersigned counsel, hereby file this Notice of Pending Settlement and Joint Motion to Stay pending the finalization of a settlement agreement between SOUTHERN-OWNERS and SCARTOZZI and as grounds therefore would state as follows:

1. SCARTOZZI filed this action for declaratory judgment under 28 U.S.C. §§ 2201 and 2202 and for breach of contract seeking a determination that SOUTHERN-OWNERS has a duty to defend SCARTOZZI under the terms of an insurance policy and recovery for damages against SOUTHERN-OWNERS. [SCARTOZZI'S Complaint and subsequently filed Amended Complaint. D.E. 1 and D.E. 25.]

2. SCARTOZZI'S action seeks a determination that SOUTHERN-OWNERS has an obligation to defend SCARTOZZI in an Underlying Arbitration; an award of all attorneys' fees and costs

1

in defense of the Underlying Arbitration and an award of all attorneys' fees and costs in bringing forth this action. [Id.]

3. SOUTHERN-OWNERS and SCARTOZZI have come to an agreement in principle regarding the resolution of the claims between them in this action but need to work out the specific details of the settlement agreement and prepare and execute the final settlement documents.

4. It is anticipated that the settlement will finalize within the next 30-60 days. While SOUTHERN-OWNERS and SCARTOZZI work out the specific details of the settlement agreement and finalize the settlement documents, they request that this Court stay the current action for 60 days or until such time as SOUTHERN-OWNERS notifies the Court that settlement has been finalized, whichever is first.

## MEMORANDUM OF LAW

SOUTHERN-OWNERS and SCARTOZZI have reached a settlement in principle and need time to work out the specific details of the settlement agreement and prepare and execute the settlement documents. Once the settlement between SOUTHERN-OWNERS and SCARTOZZI is finalized this matter will be concluded in its entirety. No party will be prejudiced by the entry of the stay and it will preserve judicial resources to stay the action for a limited time to put the case in the posture of final resolution. Other courts have stayed proceedings pending the finalization of settlement agreements. Strickland v. Wal-Mart Stores, Inc., 8:12-cv-2402-T-33TGW, 2013 WL 5875108, *2 (M.D. Fla. Oct. 30, 2013); Transamerica Life Ins. Co. v. Wade, 3:12-cv-880-J-34PDB, 2013 WL 6441804 (M.D. Fla. Dec. 9, 2013). Accordingly, entry of a stay pending finalization of the settlement agreement between SOUTHERN-OWNERS and SCARTOZZI is appropriate.

2

WHEREFORE, SOUTHERN-OWNERS and SCARTOZZI request that this Court enter an Order staying the claims in this matter for 60 days until May 25, 2019, or until such time as SOUTHERN-OWNERS notifies the Court that settlement has been finalized, whichever is first.

| | |
|---|---|
| /s/Robin P. Keener_____ | /s/Robert S. Jones, II_____ |
| Robin P. Keener | Robert S. Jones, II, Esquire |
| Matthew E. Strojnowski | Heath C. Murphy, Esquire |
| Stoler Russell Keener Verona P.A. | Lee E. Tomlinson, Esquire |
| One Tampa City Center | Jones Law Group |
| 201 N. Franklin Street, Ste. 3050 | 5622 Central Avenue |
| Tampa, FL 33602 | St. Petersburg, FL 33707 |
| **Counsel for Southern-Owners** | **Counsel for Scartozzi** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2019, I hereby electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| |
|---|
| Robert S. Jones, II, Esquire<br>Heath C. Murphy, Esquire<br>Lee E. Tomlinson, Esquire<br>Email: distribution@JLGtampabay.com<br>Jones Law Group<br>5622 Central Avenue<br>St. Petersburg, FL 33707<br>Attorneys for Plaintiff |
| Robin P. Keener, Esquire<br>rkeener@stolerrussell.com<br>Matthew E. Strojnowski, Esquire<br>mstrojnowski@stolerrussell.com<br>Stoler Russell Keener Verona P.A.<br>One Tampa City Center, Suite 3050<br>Tampa, FL 33602<br>Attorneys for Defendant |

/s/Robin P. Keener
Robin P. Keener, Esquire